| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Yan Rudikh, Esq.<br>RUDIKH & ASSOCIATES<br>14 Woodward Drive,<br>Old Bridge, New Jersey 08857<br>P-732- 659-6961<br>Fax-732-520-6422 | |
| In re:<br>    **Jose Baez** | Case No.: **18-13048**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date: August 10, 2022 at 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

# CERTIFICATION OF SERVICE

1. I, __Marlene Motta__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __Yan Rudikh__, who represents __Debtor__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __July 29, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Order Shorten Time, Notice of Motion, Certification, Certificate of Service, Proposed Order;**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __July 29, 2022__                                     __/s/ Marlene Motta__
                                                                                    Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Albert Russo**<br>**Standing Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650-4853** | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **American Honda Finance**<br>**201 Little Falls Dr**<br>**Wilmington, DE 19808** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Capital One**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Capital One**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Chrysler Capital**<br>**Po Box 961275**<br>**Fort Worth, TX 76161** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **Freedom Mortgage Corp**<br>**10500 Kincaid Dr**<br>**Fishers, IN 46037** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**44 South Clinton Ave**<br>**Trenton, NJ 08601** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Internal Revenue Services**<br>**P.O. Box 9052**<br>**Andover, MA 01810-9052** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Lending Club Corp**<br>**71 Stevenson St Ste 300**<br>**San Francisco, CA 94105** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **New Jersey Division of Taxation**<br>**PO Box 046**<br>**Trenton, NJ 08646** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **PayPal Credit**<br>**PO Box 5138**<br>**Lutherville Timonium, MD 21094** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

| | | |
|---|---|---|
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Peoples First Choice F**<br>**24 Mckinley Ave**<br>**Endicott, NY 13760** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Syncb/care Credit**<br>**950 Forrer Blvd**<br>**Kettering, OH 45420** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Thd/cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.